NOTE CHANGES MADE BY THE COURT

# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER DUPRE GUTIERREZ, individually, and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>    v.<br><br>FIRST ENTERTAINMENT CREDIT UNION, and DOES 1 through 5, inclusive,<br><br>            Defendants. | Case No. 2:21-cv-06779-MCS-JPR<br><br>[~~PROPOSED~~] **ORDER RE: STIPULATION TO PROCEED IN ARBITRATION AND STAY PROCEEDING PENDING COMPLETION OF ARBITRATION (ECF No. 21)**<br><br>Judge Assigned: Hon. Mark C. Scarsi<br>Complaint filed on August 20, 2021 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to the Stipulation of the Parties, and upon a showing of good cause,

**IT IS HEREBY ORDERED THAT:**

1. Jennifer Dupre Gutierrez ("Plaintiff") is ordered to arbitrate her claims against First Entertainment Credit Union ("FECU") on an individual basis. The arbitration shall be governed by the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1, et seq and the FECU Member Account Agreement and Disclosure ("the Agreement"). The arbitration shall be conducted pursuant to the current Judicial Arbitration and Mediation Services (JAMS) rules and standards for consumer arbitration.

1

[Proposed Order] Re Stipulation To Proceed In Arbitration And Stay Proceeding Pending Completion Of Arbitration
CASE NO.: 2:21-CV-06779-MCS-JPR

2.  By this stipulation, the Parties agree that pursuant to <u>DiCarlo v. MoneyLion, Inc.</u>, 988 F.3d 1148, 1158 (9th Cir. 2021) and the terms of the Agreement, the Arbitrator may award any remedy that would be available to Plaintiff in a court proceeding on an individual basis, including public injunctive relief.

3.  The Parties request that pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 3, any remaining claims set forth in the Complaint shall be stayed pending completion of the arbitration; and

4.  The Parties do not waive and expressly reserve all claims, defenses and challenges with respect to any claims that have been or may be asserted by Plaintiff against FECU, including, any claims that have been or may be asserted by Plaintiff's operative Complaint.

5.  The parties are ordered to submit this action to arbitration within 30 days pursuant to the terms of the arbitration agreement. *See* 9 U.S.C. § 5. The case is stayed pending resolution of the arbitration. *See* 9 U.S.C. § 3. The Clerk is directed to remove the case from the Court's active caseload until further application by the parties or order of this Court. The parties shall file a joint status report within 120 days, and a further report every 120 days thereafter. Each report must state on the cover page the date the next report is due. Additionally, the parties must notify the Court within seven days of the conclusion of arbitration proceedings.

DATED: December 10, 2021

By: *Mark C. Scarsi*
HONORABLE JUDGE MARK C. SCARSI

2

[Proposed Order] Re Stipulation To Proceed In Arbitration And Stay Proceeding Pending Completion Of Arbitration
CASE NO.: 2:21-CV-06779-MCS-JPR